AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Pension, Welfare and Apprenticeship
Skill Improvement & Safety Funds of the
International Union of Operating Engineers Local
137, 137A, 137B, 137C & 137R et al.

V.

Daniel A. Budd Excavating & Contracting, LLC
and Budd Brothers Construction, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 CIV. 3698

JUDGE CONNER

TO: (Name and address of defendant)

Daniel A. Budd Excavating & Contracting, LLC
10 Charles Street, Suite B
Pleasant Valley, New York 12569

Budd Brothers Construction, Inc.
10 Charles Street, Suite B
Pleasant Valley, New York 12569

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(BY) DEPUTY CLERK

MAY 1 0 2007
DATE

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

Index #  07 CIV. 3698                                         Purchased/Filed: May 10, 2007

State of New York              ·    U. S. District Court              Southern New York County

The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the        Plaintiff

against

Daniel A. Budd Excavating & Contracting, LLC and Budd Brothers Construction, Inc.        Defendant

STATE OF NEW YORK       )
COUNTY OF FULTON        )  SS
CITY OF GLOVERSVILLE    )

Gerald Skinner , being duly sworn, deposes and says: deponent is over the age of twenty-one (21) years; that on June 19, 2007 , at 8:08AM , at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons in a Civil Case and Complaint , on Budd Brothers Construction, Inc. Defendant in this action, by delivering to and leaving with Carol Vogt AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; that said service was made pursuant to Section 306 Business Corporation Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: 49    Approx. weight: 110    Approx. Ht.: 5'1"
Sex: Female    Color of skin: White    Color of hair: Brown    Other:

Sworn to before me on this  19th  day of  June, 2007

*Tammy Skinner*
TAMMY SKINNER
NOTARY PUBLIC, State of New York
01SK6024054
May, 03 2011

*Gerald Skinner*
Gerald Skinner

Invoice·Work Order # 062065

U.S. PROCESS SERVICE INC. - 7 CENTRAL PARK AVENUE, YONKERS, NEW YORK 10705