UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO by its            **ORDER TO SHOW**
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,                      **CAUSE FOR A**
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI and             **DEFAULT JUDGMENT**
NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and         07-CIV-3698 (WCC)
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R,
AFL-CIO,

                                Plaintiffs,

    -against-

DANIEL A. BUDD EXCAVATING & CONTRACTING, LLC
and BUDD BROTHERS CONSTRUCTION, INC.,

                                Defendants.
-------------------------------------------------------------------------X

    Upon the annexed Application for a Default Judgment including the Affidavit of James M. Steinberg, Esq. sworn to on the 9th day of July, 2007, and the exhibits attached thereto, it is

    **ORDERED** that Defendants DANIEL A. BUDD EXCAVATING & CONTRACTING, LLC AND BUDD BROTHERS CONSTRUCTION, INC. show cause before the Honorable William C. Conner, at the United States District Courthouse, located at 300 Quarropas Street, Courtroom 620, White Plains, New York on the 7th day of Sept., 2007, at 11:15 a.m./p.m. or as soon thereafter as counsel can be heard why an order should not be made herein for the entry of a Default Judgment against Defendants DANIEL A. BUDD EXCAVATING & CONTRACTING, LLC and BUDD BROTHERS CONSTRUCTION, INC. in the amount of

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

$28,779.83, together with such other and further relief as this Court may deem just, proper and equitable.

**IT IS FURTHER ORDERED** that service of a copy of this Order *via* express overnight mail service, along with the Plaintiffs' Application for a Default Judgment and of the papers upon which the same is granted, on Defendants DANIEL A. BUDD EXCAVATING & CONTRACTING, LLC and BUDD BROTHERS CONSTRUCTION, INC. at 10 Charles Street, Suite 3, Pleasant Valley, New York 12569, on or before July 18, 2007, shall be sufficient service of this Order.

Dated: White Plains, New York
July 16, 2007

SO ORDERED:

The Honorable William C. Conner
Senior United States District Judge