UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,             **STATEMENT**
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI and    **OF DAMAGES**
NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and    07-CIV-3698 (WCC)
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R,
AFL-CIO,

                Plaintiffs,

    -against-

DANIEL A. BUDD EXCAVATING & CONTRACTING, LLC
and BUDD BROTHERS CONSTRUCTION, INC.,

                Defendants.
----------------------------------------------------------------X

| | |
|---|---|
| Principal Amount Sued For: | $21,611.86 |
| Interest at 10% from January 1, 2007 through June 30, 2007: | $1,080.60 |
| Liquidated Damages: | $4,322.37 |
| Attorneys' Fees: | $1,150.00 |
| *Costs and Disbursements:* | |
| Clerk's Fee: | $350.00 |
| Process Server Fee for Service: | $245.00 |
| Statutory Fee: | $20.00 |
| TOTAL: | $28,779.83 |