EXHIBIT "B"

## HOURS EXPENDED BY COUNSEL

| Date | | | | |
|---|---|---|---|---|
| 5/8/07 | JMS | Drafted, revised and finalized Summons and Complaint for delinquent contributions; Prepared civil cover sheet and Rule 7.1 Statement to be filed with court | | 2.5 hours |
| 6/26/07 | JMS | Prepared Summons and Proof of Service for filing via ECF System and with hard copy to Clerk for filing of same | | 0.25 hours |
| 7/907 | JMS | Prepared default judgment motion papers and prepared same for service and filing | | 3.0 hours |
| Total: | | | | 5.75 hours |