UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI and
NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and       07-CIV-3698 (WCC)
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R,
AFL-CIO,

                          Plaintiffs,

      -against-

DANIEL A. BUDD EXCAVATING & CONTRACTING, LLC
and BUDD BROTHERS CONSTRUCTION, INC.,

                         Defendants.
---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, James M. Steinberg, hereby certify under penalty of perjury that on July 16, 2007, I served *via* United Parcel Service next day delivery, the individuals whose addresses appear below, with a copy of the enclosed Order to Show Cause with Application for Default Judgment:

                Daniel A. Budd Excavating & Contracting, LLC
                        10 Charles Street, Suite 3
                      Pleasant Valley, New York 12569

                      Budd Brothers Construction, Inc.
                        10 Charles Street, Suite 3
                      Pleasant Valley, New York 12569

                                  */s/ James M. Steinberg*
                                  James M. Steinberg, Esq.