UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY                    07-CIV-3698 (WCC)
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO,

                                    Plaintiffs,

        -against-

DANIEL A. BUDD EXCAVATING & CONTRACTING, LLC and
BUDD BROTHERS CONSTRUCTION, INC.,

                                    Defendants.
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, James M. Steinberg, hereby certify under penalty of perjury that on July 18, 2007, I served *via* United Parcel Service next day delivery, the individuals whose addresses appear below, with a copy of the enclosed Order to Show Cause with Application for Default Judgment:

Daniel A. Budd Excavating & Contracting, LLC
23 B Charles Street
Pleasant Valley, New York 12569

Budd Brothers Construction, Inc.
23 B Charles Street
Pleasant Valley, New York 12569

*[signature]*
James M. Steinberg, Esq.        JS-3515